UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN OYER,**

      **Plaintiff,**

v.                                             Case No:  6:17-cv-204-Orl-41GJK

**THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK,**

      **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on the Mediation Report (Doc. 20), wherein the mediator has advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on August 2, 2017.



Copies furnished to:

Counsel of Record